# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN T. PFEIFFER, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-01934-JCM-PAL<br><br>ORDER |

The court conducted a status conference on August 4, 2015, and also heard arguments from counsel regarding the parties' Joint Motion to Stay Discovery (Dkt. #52) filed July 31, 2015. Kerry Faughnan appeared on behalf of the Plaintiff, and Krista Nielson, Charles Geisendorf, Leslie Hart and Wing Yan Wong appeared on behalf of the Defendants. The court summarized the history of this case and heard the respective positions of counsel as to how they intend to bring this case to resolution, as well as their respective positions with regard to the Joint Motion to Stay Discovery (Dkt. #52)

Neither side articulated a good reason for another stay. The Nevada Supreme Court decided the HOA super-priority lien issue nearly a year ago. At most, both sides asserted additional time was needed to "assess" what to do with this case and approximately 30 similar cases pending in this court. Both sides agree discovery is not needed and the remaining issues are purely legal ones that should be decided in cross motions for summary judgment. The court will deny the Joint Motion to Stay Discovery, but will give the parties six weeks from the hearing to file dispositive motions. Accordingly,

///

///

**IT IS ORDERED** that:

1. The parties' Joint Motion to Stay Discovery (Dkt. #52) is **DENIED**.
2. The parties shall have six weeks from the date of this hearing, or until, **September 15, 2015,** in which to file dispositive motions.
3. The parties shall have until **October 15, 2015,** to file the joint pretrial order. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 17th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE