Kerry Faughnan, Esq.  
Nevada Bar No.12204  
P.O. Box 335361  
North Las Vegas, NV 89086  
(702) 301-3096  
(702) 331-4222- Fax  
Kerry.faughnan@gmail.com  
Attorney for Plaintiff/ Counterdefendant

E-filed 10/27/16

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br><br>               Plaintiff,<br><br>v.<br><br>BENJAMIN T. PFEIFFER, SABRINA S. PFEIFFER; CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive,<br><br>               Defendants.<br>CITIMORTGAGE, INC.<br><br>               Counterclaimant,<br><br>v.<br><br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM<br><br>               Counter-Defendant<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>               Intervenor/ Counterclaimant,<br><br>v.<br><br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br><br>               Counter-Defendants. | CASE NO. 2:13-cv-01934-JCM-PAL |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

LN Management LLC Series 7937 SIERRA RIM,("LN"), Citimortgage, Inc ("Citi"), Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("FHFA") and Federal National Mortgage Association ("Fannie Mae") stipulate as follows:

1

1)	On October 3, 2016, Joint Motion for Summary Judgment was filed by FHFA and Fannie Mae (Doc#89) seeking judgment in its favor and against LN on all claims asserted in this action.

2)	LN was required to file an Opposition by October 27, 2016.

3)	In accordance with the Stipulation and Order to Extend Time to File an Opposition to Joint Motion for Summary Judgment filed by Fannie Mae and FHFA, LN shall have up to and including November 3, 2016 to file their Opposition to Joint Motion for Summary Judgment filed by Fannie Mae and FHFA.

4)	Fannie Mae and FHFA shall have to and including November 28, 2016 to file their Reply to Opposition to Joint Motion for Summary Judgment.

Dated October 27, 2016.

Respectfully Submitted By:

By:  /s/ *Kerry Faughnan*
Kerry Faughnan, Esq.
Nevada Bar No. 12204
P.O.Box 335361
North Las Vegas, NV 89086
Tel. 702-301-3096
Fax. 702-331-4222
*Attorneys for Plaintiff LN Management LLC Series 7937 Sierra Rim*


By:  /s/ *Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
ALDRIDGE PITE, LLP u
520 South 4th St., Ste 360
Las Vegas, Nevada 89101
Tel: (858) 750-7600
Fax: (702) 685-6342
knielson@aldridgepite.com
*Attorneys for Intervenor/Counterclaimant Federal National Mortgage Association Association*

1

2  By: /s/ *Leslie Bryan Hart*
3  Leslie Bryan Hart, Esq. (SBN4932)
   John D. Tennert, Esq. (SBN 11728)
4  FENNEMORE CRAIG
   300 S. Second St., Suite 1510
5  Reno, Nevada 89501
   Tel: 775-788-2228 Fax: 775-788-2229
6  *lhart@fclaw.com; jtennert@fclaw.com*
   *Attorneys for Intervenor Federal Housing Financing Agency*
7

8                                         **ORDER**

9  **IT IS SO ORDERED.**
10

11
                                        _____
12                                      UNITED STATES DISTRICT JUDGE

13                                      DATED: October 28, 2016

3