1  Edward D. Boyack
   Nevada Bar No. 005229
2  Christopher B. Anthony
   Nevada Bar No. 9748
3  **BOYACK ORME & TAYLOR**
   401 N. Buffalo Drive #202
4  Las Vegas, Nevada 89145
   ted@boyacklaw.com
5  canthony@boyacklaw.com
   702.562.3415
6  702.562.3570 (fax)

7  Attorney for Counterdefendant
   ELKHORN COMMUNITY ASSOCIATION
8
              **UNITED STATES DISTRICT COURT**
9
                  **CLARK COUNTY, NEVADA**
10

11 | LN MANAGEMENT LLC SERIES 7937 | CASE NO. 2:13-CV-01934-JCM-PAL
12 | SIERRA RIM, |
   |                        |
13 |         Plaintiff,     | **MOTION TO REMOVE**
   |                        | **ATTORNEY FROM SERVICE LIST**
14 | vs.                    |
15 | BENJAMIN T. PFEIFFER, an individual; |
   | SABRINA S. PFEIFFER, an individual;  |
16 | CITIMORTGAGE, INC., and DOES 1       |
   | through 10, inclusive,               |
17 |                        |
   |         Defendants.    |
18 | _____ |
19 | CITIMORTGAGE, INC.,    |
20 |        Counterclaimant,|
21 | vs.                    |
22 | LN MANAGEMENT LLC SERIES 7937        |
   | SIERRA RIM; ELKHORN COMMUNITY        |
23 | ASSOCIATION; and ABSOLUTE            |
   | COLLECTION SERVICES, LLC,            |
24 |                        |
   |       Counterdefendants.|
25 | _____ |
26 | FEDERAL NATIONAL MORTGAGE |
   | ASSOCIATION,           |
27 |                        |
28 |        Counterclaimant,|

| | |
|---|---|
| 1 | |
| 2 | vs. |
| 3 | LN MANAGEMENT LLC SERIES 7937 SIERRA RIM; and ELKHORN COMMUNITY ASSOCIATION, |
| 4 | |
| 5 | Counterdefendant. |
| 6 | FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association, |
| 7 | |
| 8 | |
| 9 | Intervenor/Counterclaimants, |
| 10 | vs. |
| 11 | LN MANAGEMENT LLC SERIES 7937 SIERRA RIM; and ELKHORN COMMUNITY ASSOCIATION, |
| 12 | |
| 13 | Counterdefendant. |

**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

COMES NOW Counterdefendant, Elkhorn Community Association (hereinafter "Elkorn"), by and through its attorney of record, Edward D. Boyack, of the law firm of Boyack Orme & Taylor, and moves this Court to Remove Edward D. Boyack from the CM/ECF service list as a Stipulation to Dismiss [Doc 79] has been e-filed on November 10, 2015.

DATED this 21st day of November, 2016.

BOYACK ORME & TAYLOR

**IT IS SO ORDERED** this 28th day of November, 2016.

By: _____/s/ Edward D. Boyack_____
EDWARD D. BOYACK
Nevada Bar No. 005229
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
*Attorney for Counterdefendant*
ELKHORN COMMUNITY ASSOCIATION

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of November, 2016 service of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was made this date via electronic service through the CM/ECF system.

By: /s/ Norma Ramirez
An Employee of Boyack Orme & Taylor