UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br><br>Plaintiff(s),<br><br>v.<br><br>BENJAMIN T. PFEIFFER, et al.,<br><br>Defendant(s). | Case No. 2:13-CV-1934 JCM (PAL)<br><br>ORDER |

Presently before the court is *LN Management LLC Series 7937 Sierra RIM v. Pfeiffer et al*, case no. 2:13-cv-01934-JCM-PAL.

The most recent document filed in this case is this court's March 9, 2017, adjudication of the Federal National Mortgage Association and the Federal Housing Finance Agency's second motion for summary judgment. (ECF No. 100). Furthermore, the most recent party filing was a November 28, 2016, reply to the adjudicated motion for summary judgment. *See* (ECF No. 98). Thus, the record indicates that no progress has been made in this action for several months; moreover, there are no motions outstanding in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the remaining parties in this case shall submit a joint status report to this court within fourteen (14) days of the date of this order.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the report shall *specifically identify* what actions the parties are taking to advance or resolve this case.

DATED June 20, 2017.

_____
UNITED STATES DISTRICT JUDGE