LAUREL I. HANDLEY (NV Bar # 9576)
ANTHONY R. SASSI (NV Bar # 12486)
**Aldridge | Pite, LLP**
520 South 4th Street, Suite 360
Las Vegas, NV 89101
Telephone (702) 991-4627
Facsimile (702) 685-6342
E-Mail: asassi@aldridgepite.com

Attorneys for Defendant/Counterclaimant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　　Plaintiff,<br>　　　　v<br>BENJAMIN T. PFEIFFER, SABRINA S. PFEIFFER; CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive,<br>　　　Defendants. | CASE NO.: 2:13-cv-01934-JCM-PAL<br><br>**JUDGMENT** |
| CITIMORTGAGE, INC.,<br>　　　Counterclaimant,<br>　　　　v.<br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　　Counter-Defendant. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>　　　Intervenors/Counterclaimants,<br>　　　　v.<br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　　Counter-Defendant. | |

　　　On September 20, 2017, this Court, entered an Order granting the Motion for Summary Judgment filed by Defendant/Counterclaimant, CitiMortgage, Inc. (Doc #108).

　　　Therefore, each of the claims for relief asserted in this case have either been adjudicated

JUDGMENT

or dismissed by the parties.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that defendants, Benjamin and Sabrina Pfeiffer are DISMISSED from the instant action.

**IT IS FURTHER ORDERED** that summary judgment is entered in favor of CMI and against LN Management on CMI's claims for quiet title and declaratory relief.

**IT IS FURTHER ORDERED** that summary judgment is entered in favor of CMI and against LN Management on LN Management's claims for quiet title and declaratory relief.

**IT IS SO ORDERED.**

Dated: October 16, 2017

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

JUDGMENT

- 2 -