LAUREL I. HANDLEY (NV Bar # 9576)
ANTHONY R. SASSI (NV Bar # 12486)
**Aldridge | Pite, LLP**
520 South 4th Street, Suite 360
Las Vegas, NV 89101
Telephone (702) 991-4627
Facsimile (702) 685-6342
E-Mail: asassi@aldridgepite.com

Attorneys for Defendant/Counterclaimant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　Plaintiff,<br>　　v<br>BENJAMIN T. PFEIFFER, SABRINA S. PFEIFFER; CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive,<br>　　Defendants. | CASE NO.: 2:13-cv-01934-JCM-PAL<br><br>**AMENDED FINAL JUDGMENT** |
| CITIMORTGAGE, INC.,<br>　　Counterclaimant,<br>　　v.<br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　Counter-Defendant. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator for the Federal National Mortgage Association,<br>　　Intervenors/Counterclaimants,<br>　　v.<br>LN MANAGEMENT LLC SERIES 7937 SIERRA RIM,<br>　　Counter-Defendant. | |

On March 9, 2017, this Court, entered an Order granting the Motion for Summary Judgment filed by Intervenors/Counterclaimants, Federal National Mortgage Association ("Fannie Mae") and Federal Housing Finance Agency ("FHFA"). (Doc #100). Additionally, on

September 20, 2017, this Court, entered an Order dismissing defendants Benjamin and Sabrina Pfeiffer and further granting summary judgment in favor of Defendant/Counterclaimant, CitiMortgage, Inc. ("CitiMortgage") (Doc #108).

Therefore, each of the claims for relief asserted in this case have either been adjudicated or dismissed.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that defendants, Benjamin and Sabrina Pfeiffer are DISMISSED from the instant action.

**IT IS FURTHER ORDERED** that deed of trust recorded on July 2, 2004 in the Official Records of Clark County, Nevada as Instrument No. 200407020001246 and encumbering the real property commonly known as 7937 Sierra Rim Drive, Las Vegas, Nevada 89131 was not extinguished by a homeowner's association foreclosure sale conducted pursuant to Nev. Rev. Stat. 116.3116.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Fannie Mae and FHFA and against LN Management Series 7937 Sierra Rim on Fannie Mae and FHFA's claims for quiet title and declaratory relief.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of CitiMortgage and against LN Management Series 7937 Sierra Rim on CitiMortgage Inc.'s claims for quiet title and declaratory relief.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of CitiMortgage, Fannie Mae, and FHFA and against LN Management Series 7937 Sierra Rim on LN Management's claims for quiet title and declaratory relief.

**IT IS SO ORDERED.**

Dated: November 3, 2017.

UNITED STATES DISTRICT JUDGE
District of Nevada